IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesse Fenster, ) | CIV09-1562-PHX-ROS |
|     Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER** |
| McMillan & Andrews, LLC, ) | |
|     Defendant. ) | |

Pursuant to Document 6 dated October 19, 2009;

**IT IS ORDERED** that this action will be dismissed with prejudice by the Clerk's Office without further notice on **December 4, 2009** unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

**IT IS FURTHER ORDERED** all pending motions are denied with leave to reinstate should this matter fail to finalize.

**IT IS FURTHER ORDERED** vacating any scheduled hearings and/or trial date.

DATED this 19th day of October, 2009.

Roslyn O. Silver
United States District Judge